DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

STAVIS, AMY

Chapter 13
Case No. 09-5-6517 RLE

SECOND AMENDED TRUSTEE'S OBJECTION TO CONFIRMATION WITH CERTIFICATE OF SERVICE

Pre-Hearing Conference Date: NOVEMBER 12, 2009
Pre-Hearing Conference Time: 2:00 PM
Place: 280 S. 1st Street Room 3099
    San Jose, CA
Judge: Roger Efremsky

Debtor(s)

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this Pro-tanto Plan for the following reasons:

1. The Trustee is unable to determine if the plan is feasible pursuant to 11 U.S.C. § 1325 (a)(6). The Plan suggests that the monthly payments paid directly by the debtor to Chase Home Equity would be $758; however, according to Schedule J, the debtor is only budgeting for $484 per month towards the home equity loan. It appears the debtor would have a monthly deficit of $938.

Trustee's Objection to Confirmation –

2. The Trustee is unable to determine whether 11 U.S.C. § 1322(b)(5) is met. The debtor lists the ongoing monthly mortgage payment to Chase Home Equity in Section 4 of the Plan as $758. In Schedule J and the Statement of Current Monthly Income the debtor lists the payment as $758. The Trustee requests the appropriate schedule be amended to list the correct payment amount.

3. The plan is in violation of 11 U.S.C. § 1325(a)(4), in that creditors would receive more under Chapter 7 liquidation. There is excess equity in the debtor's personal property in the amount of $237,740, while unsecured creditors will receive nothing under the proposed protanto plan. Unsecured creditors must receive no less than $237,740.

4. The plan is not feasible pursuant to 11 U.S.C. § 1325(a)(6). The debtor is proposing a 'base plan,' with monthly plan payments of $750.00 for 60 months, for a total 'pot' of $45,000.00. This amount is not enough to cover priority debt, Attorney fees and Trustee fees. An amended plan must be filed. (Note: Internal Revenue Service filed a priority claim in the amount of $48,101.)

5. The Trustee is unable to determine whether 11 U.S.C. § 1322(b)(5) is met. According to the Plan, Lexus Financial Services is listed in Section 4 for the debtor to be the disbursing agent. However, Schedule H lists Toyota Financial Services as the creditor for the lease contract on the 2008 Lexus. The Trustee requests the appropriate schedule be amended.

6. The debtor has failed to comply with 11 U.S.C. § 521 (a)(1)(B)(iii). The Statement of Financial Affairs, #1 fails to list the debtor's income for 2007.

7. The debtor is not in compliance with Fed. R. Bankr. P 2002(b) because the debtor failed to serve Jess & Cindy Walker a copy of the Amended Schedule D.

8. The debtor is not in compliance with Fed. R. Bankr. P 2002(b) and 11 U.S.C. § 1325(a)(1) because the debtor failed to serve all creditors a copy of the Amended Schedule C.

9. The Trustee is unable to determine whether all of the debtor's projected disposable income is being applied to pay unsecured creditors under the plan as required by 11 U.S.C. § 1325(b)(1)(B). The Trustee requests the debtor provide a Profit and Loss Statement for January through July 2009.

10. The Trustee is unable to determine whether all of the debtor's projected disposable income is being applied to pay unsecured creditors under the plan as required by 11 U.S.C. § 1325(b)(1)(B). The Trustee requests the debtor provide an itemization in the form of a declaration along with supporting documents for the business expenses listed on line 60.

Dated: October 28, 2009                 /S/ Devin Derham-Burk

                                                 Chapter 13 Trustee

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am a citizen of the United States, over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on October 30, 2009.

Said envelopes were addressed as follows:

| | |
|---|---|
| AMY STAVIS<br>236 N SANTA CRUZ AVE #247<br>LOS GATOS CA 95030 | CHARLES GREENE<br>84 W SANTA CLARA ST #770<br>SAN JOSE CA 95113 |

/S/_____Clotilde Costa_____
Office of Devin Derham-Burk, Trustee

Trustee's Objection to Confirmation –