```
CHARLES B. GREENE
ATTORNEY AT LAW
84 W. SANTA CLARA STREET SUITE 770
SAN JOSE, CALIFORNIA 95113
     (408) 279-3518
   STATE ID # 56275
Attorney for Debtor
```

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 09-56517 rle |
| AMY STAVIS, | Chapter 13 |
| Debtor. | TRIAL BRIEF |
| | Date: May 17, 2010<br>Time: 9:15 a.m. |
| | Judge Roger L. Efremsky |

The Court has before it the factual issue of determining the fair market value of the debtor's residence as of the date of the filing of the chapter 13 petition on August 7, 2009. There are no legal issues before the Court.

The debtor will present testimony and evidence that the fair market value of the residence at or about the time of the filing of the petition was $775,000.00.

The debtor's Schedule D identifies two deeds of trust encumbered the residence on the petition dates.

    a. First deed of trust to Chevy Chase Bank in the approximate amount of $675,000.00.

    b. Second deed of trust to Chase Home Equity in the approximate amount of $186,045.00.

The debtor claimed a homestead exemption of $75,000.00

///

///

///

## CONCLUSION

The debtor advocates that the court determine that the fair market value of the residence as of the petition date was either $775,000.00 or, alternatively, no more than $936,000.00.

DATED: May 10, 2010

/s/ CHARLES B. GREENE
CHARLES B. GREENE