CHARLES B. GREENE
ATTORNEY AT LAW
84 W. SANTA CLARA STREET SUITE 770
SAN JOSE, CALIFORNIA 95113
(408) 279-3518
STATE ID # 56275
Attorney for Debtor

The following constitutes
the order of the court. Signed July 30, 2010

_____
Roger L. Efremsky
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re                                     )   Case No. 09-56517 rle
                                          )
AMY STAVIS,                               )   Chapter 13
                                          )
                                          )   ORDER RE. VALUATION
           Debtor.                        )
                                          )
                                          )
                                          )   Date:   July 29, 2010
                                          )   Time:   1:00 p.m.
_____ )   Judge Roger L. Efremsky

THE MOTION of the Debtor with regard to valuation of the real property located at 410 San Benito Avenue, Los Gatos, California, APN No. 410-16-060, having come before the Court for hearing on July 29, 2010 at 1:00 p.m., Charles B. Greene, attorney at law, appearing on behalf and with the Debtor, Jess Walker and Cindy Walker, pro-se, appearing; the Court having considered the pleadings on file and the evidence and testimony presented; and based upon the findings as stated on the record;

IT IS HEREBY ORDERED AND ADJUDGED that the value of the real property at 410 San Benito Avenue, Los Gatos, California, as of the date of filing of the petition, was $775,000.00.

**END OF ORDER**

ORDER RE. VALUATION                                                                    1

COURT SERVICE LIST

Cindy & Jess Walker
129 Wheeler Ave.
Los Gatos, CA 95030

ORDER RE. VALUATION