CHARLES B. GREENE
ATTORNEY AT LAW
84 W. SANTA CLARA STREET SUITE 770
SAN JOSE, CALIFORNIA 95113
(408) 279-3518
STATE ID # 56275
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>AMY STAVIS,<br><br>            Debtor. | Case No. 09-56517 rle<br><br>Chapter 13<br><br>PREHEARING CONFERENCE STATEMENT<br><br>Date:   August 31, 2010<br>Time:  2:00 p.m.<br>Judge Roger L. Efremsky |

DEBTOR, AMY STAVIS, as and for her Prehearing Conference Statement, states as follows:

1. The Court has continued the Trustee's objection to confirmation as well as the objection to confirmation filed by Jess and Cindy Walker. The Court scheduled a "second phase" hearing on the objection by the Walkers to take place on Friday, August 20th, at 10:00 a.m. Depending on the outcome of that hearing, the Debtor will then address any remaining objections of the Walkers and the Trustee by way of amending the Chapter 13 plan, and if necessary, provide whatever additional documents the Trustee may require (the objection of the Trustee by and large nears the objection of the Walkers with regard to the issues raised concerning the Debtor's personal and business expenses).

2. Debtor is requesting that the Court continue the Prehearing Conference for at least 30 days to allow further amendments and supplementing any documentation required by the Trustee.

DATED August 17, 2010

                                                    /s/ Charles B. Greene
                                                  **CHARLES B. GREENE**
                                                  **Attorney for Debtor(s)**