The following constitutes
the order of the court. Signed August 24, 2010

_____
Roger L. Efremsky
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AMY STAVIS,<br><br>Debtor. | Case No. 09-56517-RLE<br><br>Chapter 13<br><br>Date: August 20, 2010<br>Time: 10:00 a.m.<br>Place: Courtroom 3099 |

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

This case was filed on August 7, 2009. Debtor filed a chapter 13 plan on August 21, 2009. Creditors, Jess and Cindy Walker filed an objection to the chapter 13 plan on September 15, 2009. The Walkers filed a supplemental objection on October 26, 2009 and a first amended objection on November 4, 2009.

On October 29, 2009, Debtor filed an objection to the Walker's proof of claim.

On July 6, 2010, the Court issued a scheduling order. Pursuant to the scheduling order, an evidentiary hearing on the valuation portion of the dispute between Debtor and the Walkers would be conducted on July 29, 2010. The scheduling order further provided that an evidentiary hearing on any remaining issues would be conducted on August 20, 2010.

ORDER DISMISSING CASE WITHOUT PREJUDICE            1

1       At the valuation portion of the evidentiary hearing held on July 29, 2010, the Court found that as of the date of the petition, the value of Debtor's real property was $775,000.

      On August 20, 2010, the parties appeared for the "remaining issues" portion of the evidentiary hearing. Debtor was represented by Charles B. Greene. The Walkers appeared pro se. Other appearances were noted on the record. At the hearing, Debtor, through counsel, requested a dismissal of her case.

      For the foregoing reasons and at the Debtor's request,

      IT IS HEREBY ORDERED that this case is DISMISSED without prejudice.

* * * END OF ORDER * * *

**ORDER DISMISSING CASE WITHOUT PREJUDICE**
Case: 09-56517   Doc# 79   Filed: 08/24/10   Entered: 08/24/10 10:34:11   Page 2 of 3

2

Court Service List: [by ecf and/or mail]

Amy Stavis
236 N. Santa Cruz Ave. #247
Los Gatos, CA 95030

Charles B. Greene
Law Offices of Charles B. Greene
84 W Santa Clara St. #770
San Jose, CA 95113

Jess and Cindy Walker
129 Wheeler Avenue
Los Gatos, CA 95030

Devin Derham-Burk
P.O. Box 50013
San Jose, CA 95150-0013

*** and all creditors ***

**ORDER DISMISSING CASE WITHOUT PREJUDICE**
Case: 09-56517   Doc# 79   Filed: 08/24/10   Entered: 08/24/10 10:34:11   Page 3 of 3

3